# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| RAJIV ROBERT LAURENT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HINESVILLE POLICE DEPARTMENT, )<br>)<br>Defendants. ) | Case No. CV410-193 |

## REPORT AND RECOMMENDATION

In its prior order the Court directed inmate-plaintiff Rajiv Robert Laurent to amend his complaint to name a defendant capable of being sued "or suffer dismissal with prejudice." Doc. 9 at 3-4. He has failed to comply. Accordingly, his case should be **DISMISSED WITH PREJUDICE** for disobeying a Court Order. Fed. R. Civ. P. 41(b); L.R. 41(b) (authorizing dismissal for neglect of any Court order); *see Link v. Wabash Railroad Co.*, 370 U.S. 626, 630–31 (1962); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, No. CV491-277

(S.D. Ga. June 10, 1992).

**SO REPORTED AND RECOMMENDED** this day 27th of January, 2011.

/s/ SC Smitt
**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT of GEORGIA**